**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
In re:

**THOMAS G. WINSHIP and**
**ELAINE M. WINSHIP,**

**CHAPTER 13**

**CASE NO. 18-35811(CGM)**

**Debtors.**
-------------------------------------------------------------------X

### ORDER DENYING MOTION VOIDING JUNIOR MORTGAGE LIEN OF SN SERVICING CORPORATION

Upon the Chapter 13 Plan to modify a secured claim, dated May 15, 2018 (the "Plan"), of the above Debtor(s), for an order declaring that the junior mortgage lien held by SN SERVICING CORPORATION (with any subsequent successor or assign, "Creditor") on the Debtor(s) property located at 37 Woodcock Mtn. Rd., Washingtonville, New York 10992 at Tax Map SBL 10-2-115.4 (the "Property") should be voided; and it appearing that due and sufficient notice of the Plan and the hearing thereon was provided; ~~and there being no opposition to the requested relief~~; and upon the record of the July 10, 2018 hearing held by the Court on the Plan; and, after due deliberation; and good and sufficient cause appearing, it is hereby ORDERED that

1. The request to Void the Junior Mortgage Lien is hereby Denied.



Dated: July 18, 2018
New York, New York

*/s/ Sean H. Lane*
_____
*Sean H. Lane*
*United States Bankruptcy Judge*

1